JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBO ARANDA FERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID LONG, Warden,<br><br>Respondent. | Case No. EDCV 16-981-MWF (KK)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 20, 2017

HON. MICHAEL W. FITZGERALD
United States District Judge